S94A0398. HILL v. WIMPY et al.
(444 SE2d 803)

PER CURIAM.
The issue in this appeal, whether the "life interest for their joint lives" survived the death of Mr. Hill, is controlled by our recent decision in *Raulerson v. Smithwick*, 263 Ga. 805 (440 SE2d 164) (1994), and the trial court's ruling to the contrary must be reversed.

*Judgment reversed. All the Justices concur.*

DECIDED MAY 16, 1994.

*John O. Wiggins*, for appellant.
*William M. Phillips*, for appellees.